UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION        FEB 2

| | | |
|---|---|---|
| IN RE: | ) | Case No. 00 B 17117 |
| | ) | |
| BRUCE F. COHEN, | ) | Honorable Carol A. Doyle |
| | ) | |
| Debtor. | ) | Chapter 7 |

## ORDER

At Chicago, Illinois, this 21st day of February, 2001, before the Honorable Carol A. Doyle, Bankruptcy Judge, in the said District and Division.

This matter coming on for hearing on the Debtor's motion to reopen the bankruptcy case; due notice having been served on the parties in interest; the Court having jurisdiction and being fully advised in the premises.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that the bankruptcy case be, and hereby is, reopened in order to accord relief to the Debtor.

**IT IS FURTHER ORDERED** that there will be no appointment of an interim trustee to administer assets pursuant to Rule 5010 of the Federal Rules of Bankruptcy Procedure.

ENTER:

_____
Bankruptcy Judge
2/21/01

Ronald F. Grossman
Joel A. Schechter
James M. Philbrick
Attorney Nos. 1073079, 03122099, 6244743
GROSSMAN, MITZENMACHER & SCHECHTER
53 W. Jackson Blvd., Suite 915
Chicago, IL  60604; (312) 332-0267